UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | CR 4:22-cr-00045 |
| vs. ) | |
| ) | |
| RASHEJON B. CURRY ) | |
| ) | |
| Defendant ) | |

ORDER ON APPLICATION FOR LEAVE OF ABSENCE

The Application for Leave of Absence filed by Daniel J. O'Connor, counsel for Defendant RASHEJON B. CURRY, having been considered, good cause being shown, and there being no opposition thereto, the Application for Leave of Absence for:

June 30, 2022 to July 6, 2022, for personal vacation;

July 8, 2022, for personal vacation;

September 2, 2022, for personal vacation; and

September 22-23, 2022, for Bar Meeting.

October 7-10, 2022, for personal vacation

December 22, 2022, for personal vacation

is GRANTED.

This 13th day of June, 2022.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA