**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

v.

RASHEJON CURRY,

Defendant.

CASE NO.: 4:22-cr-45

# O R D E R

Defendant Rashejon B. Curry filed a motion asking that the Court revisit his conviction and sentence. (Doc. 42.) The Court previously issued an order explaining that it could construe Defendant's motion as a request to set aside his conviction and sentence pursuant to 28 U.S.C. § 2255. (Doc. 45.) However, the Court noted that before it could do so, it must provide the warning required by Castro v. United States, 540 U.S. 375, 383 (2003) ("the district court must notify the pro se litigant that it intends to recharacterize the pleading [as a § 2255 motion], warn the litigant that this recharacterization means that any subsequent § 2255 motion will be subject to the restrictions on 'second or successive' motions, and provide the litigant an opportunity to withdraw the motion or to amend it so that it contains all the § 2255 claims he believes he has."). The Court directed Defendant to make his Castro election within thirty days of the date of that Order. (Id.)

The Court's Order was returned as undeliverable because Defendant was no longer at the address he supplied. (Doc. 46.) Defendant has not updated his address. The Court cannot

proceed with Defendant's Motion without a proper address for him. Accordingly, the Court **DISMISSES** Defendant's Motion, (doc. 42), **WITHOUT PREJUDICE**.

**SO ORDERED**, this 23rd day of September, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA